UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SAHEAM KING,

            Plaintiff,

-against-

PO JOHN J. ANTONIADES; PO NICHOLAS GENNARO; SGT. DAVID FRABIZIO; PO THOMAS ONEILL; and PO JOHN ADORNETTO,

            Defendants.

Case No. 2:23-cv-06393

**REQUEST FOR CERTIFICATES OF DEFAULT**

---

TO:    Brenna B. Mahoney, Clerk of the Court
         United States District Court
         Eastern District of New York

       Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of defendants PO John J. Antoniades; PO Nicholas Gennaro; Sgt. David Frabizio; PO Thomas Oneill; and PO John Adornetto, for their failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached affirmation of Stephanie Panousieris, counsel for Plaintiff Saheam King.

Dated: New York, New York
          December 7, 2023

                                          Rickner PLLC

                                          By: _/s/_

                                          Stephanie Panousieris

                                          14 Wall Street, Suite 1603
                                          New York, New York 10005
                                          Phone: (212) 300-6506
                                          Fax: (888) 390-5401
                                          *Attorney for Plaintiff*