UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**SAHEAM KING**,

                Plaintiff,

-against-

**PO JOHN J. ANTONIADES; PO NICHOLAS GENNARO; SGT. DAVID FRABIZIO; PO THOMAS ONEILL;** and **PO JOHN ADORNETTO**,

                Defendants.

Case No. 2:23-cv-06393

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant PO Nicholas Gennaro has not filed an answer or otherwise moved with respect to the complaint herein. The default of said defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

        _____, 2023

                                    BRENNA B. MAHONEY, Clerk of the Court

                                    BY: _____
                                          Deputy Clerk