UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAHEAM KING,

                Plaintiff,

-against-

PO JOHN J. ANTONIADES; PO NICHOLAS GENNARO; SGT. DAVID FRABIZIO; PO THOMAS ONEILL; and PO JOHN ADORNETTO,

                Defendants.

Case No. 2:23-cv-06393

CERTIFICATE OF DEFAULT

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant Sgt. David Frabizio has not filed an answer or otherwise moved with respect to the complaint herein. The default of said defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

          _____, 2023

                                BRENNA B. MAHONEY, Clerk of the Court

                                BY: _____
                                       Deputy Clerk