UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**SAHEAM KING**,

                Plaintiff,

-against-

**PO JOHN J. ANTONIADES; PO NICHOLAS GENNARO; SGT. DAVID FRABIZIO; PO THOMAS ONEILL;** and **PO JOHN ADORNETTO**,

                Defendants.

Case No. 2:23-cv-06393

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant PO Thomas Oneill has not filed an answer or otherwise moved with respect to the complaint herein. The default of said defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

       _____, 2023

                              BRENNA B. MAHONEY, Clerk of the Court

                              BY: _____
                                    Deputy Clerk