**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**SAHEAM KING,**

Plaintiff,

-against-

**PO JOHN J. ANTONIADES; PO NICHOLAS GENNARO; SGT. DAVID FRABIZIO; PO THOMAS ONEILL;** and **PO JOHN ADORNETTO**,

Defendants.

Case No. 2:23-cv-06393

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant PO John Adornetto has not filed an answer or otherwise moved with respect to the complaint herein. The default of said defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

_____, 2023

BRENNA B. MAHONEY, Clerk of the Court

BY: _____
    Deputy Clerk