**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

CHRISTOPHER J. CLAYTON
COUNTY ATTORNEY

DEPARTMENT OF LAW

July 31, 2025

**Via ECF**
Hon. Lee G. Dunst
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:    *King v. Antoniades, et al.*
            2:23-CV-06393 (JMA)(LGD)

Dear Judge Dunst:

The Office of the Suffolk County Attorney represents the Defendants in this matter. I write this letter with the consent of Stephanie Panousieris, Esq., counsel for the Plaintiff. As represented in the parties' joint letter dated June 25, 2025, the parties proposed the following expert discovery schedule: Defendants to serve the IME report by no later than August 25, 2025 and Plaintiff to serve a rebuttal report (if any) by no later than September 25, 2025. Your Honor subsequently approved that proposed schedule.

The parties are happy to report that Mr. King's IME has been scheduled for August 9, 2025, and barring any unforeseen delays, Defendants shall be able to serve the report by August 25th.

I thank the Court for its continued courtesies.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

/s/ *Callan W. Tauster*

Callan W. Tauster
Assistant County Attorney

CC:  Stephanie Panousieris, Esq., attorney for the Plaintiff (via ECF)

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, N.Y. 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169