# Rickner | Moskovitz

Stephanie Panousieris, Associate    |    (212) 300-6506    |    stephanie@rmcivilrights.com

May 13, 2026

Hon. Ramon E. Reyes Jr.
United States District Court Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      Re: *King v. Antoniades et. al.*, Case No. 23 cv 06393

Your Honor:

This office represents Plaintiff Saheam King and writes, after conferral with counsel for Defendants and in response to the Court's order for a status update, to respectfully request that the current stay of the above-captioned be extended by an additional 60 days while the parties continue to finalize our settlement agreement and resolve outstanding liens which may impact that settlement.

On November 11, 2025, this Court dismissed this action in response to the parties' representation that we reached a settlement in principle (Dkt. 35). On February 5, 2026, this office was notified by the County of outstanding liens which may impact that settlement amount. On February 19, 2026, Plaintiff requested that the case be re-opened and stayed pending finalization of the settlement, which was granted (Dkt. 38).

Since the stay was entered, Plaintiff has been working to resolve the lien issues which may impact his settlement proceeds. One of the cases that led to Plaintiff's liens has now been dismissed, and another is still being litigated. The liens themselves are the result of default judgments that Plaintiff believes he can challenge successfully. Plaintiff is in the process of hiring counsel to challenge the default, and the parties to this federal action are crafting new settlement paperwork which will allow the instant action to be resolved. Once settlement papers are signed, any issue regarding payment can be addressed by the parties and we see no reason to keep this federal action open. In short, we hope to have settlement papers signed soon in order to close the federal action with prejudice.

For these reasons, Plaintiff respectfully requests that stay be extended, *nunc pro tunc*, by approximately 60 day, until July 13, 2026, pending finalization of the settlement agreement. Should the parties reach an agreement on language that will allow the settlement be finalized before the liens are resolved, we will promptly update the Court and submit our stipulation of dismissal.

We thank the Court for its consideration of this request.

Respectfully,

Stephanie Panousieris
*Associate*